IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LULA LOTT                                                          PLAINTIFF

VS.                              CIVIL ACTION NO. 5:06-cv-175(DCB)(JMR)

KEITH GARNER, AMERIQUEST
MORTGAGE CO., and JOHN DOES A-Z                                   DEFENDANTS

FINAL JUDGMENT

This cause having come before the Court on the defendant Ameriquest Mortgage Co.'s motion to dismiss complaint for failure to prosecute, and the motion having been granted in an Order of even date herewith; Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

SO ORDERED, this the   10th   day of January, 2008.

                                        s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE